UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUNIA ANTONIA CRUZ MEJIA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, ET AL.,

Respondents.

Case No.  1:26-cv-01594-JLT-HBK

ORDER GRANTING REQUEST FOR STATUS AND ORDERING SUPPLEMENTAL BRIEIFNG

(Doc. 14)

Before the Court is Petitioner's request for status concerning Petitioner's motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  (Doc. 14). The Court takes judicial notice that the Supreme Court granted certiorari to decide whether the EAJA's reference to "any civil action" includes a habeas corpus action challenging civil immigration detention.  *Montoya Palacios v. Liggins*, No. 25-1223, _ U.S. _ (cert. granted June 29, 2026).  The question may bear on the threshold statutory-eligibility issue raised by Petitioner's pending motion.

Accordingly, IT IS ORDERED:

1. Petitioner's request for status (Doc. 14) is GRANTED to the extent herein.

2. Within twenty-one (21) days, each party shall file supplemental briefing, not to exceed 10 pages, addressing the relationship between the question presented in *Montoya Palacios* and this case including (1) whether a stay of proceedings pending the

Supreme Court's decision in *Montoya Palacios* is warranted, with particular emphasis as to any prejudice, or lack thereof, resulting from delay; and, (2) whether any existing Ninth Circuit precedent governs the statutory-eligibility question, including *In re Hill*, 775 F.2d 1037 (9th Cir. 1985), or otherwise applies to the nature of the habeas proceeding and relief sought here.

3.  As Respondent did not file an opposition to the pending motion for attorney's fees under the EAJA (Doc. 13), failure to respond to this order will be deemed a non-opposition to the motion.

4.  The Court will hold the EAJA motion under submission pending further order.  This administrative deferral is not a ruling on the merits and does not preclude the Court from deciding on the motion before the Supreme Court issues its decision.

Dated:    August 10, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2